UNITED STATES BANKRUPTCY COURT    Form D to Appendix IX
FOR THE DISTRICT OF RHODE ISLAND
-------------------------------------------------------- x
In re:  Dorothy Soucy                             :
                                                  :     BK No. 1:11-bk-10459
                                                  :     Chapter 7
                             Debtor(s)            :
-------------------------------------------------------- x

## PROPOSED LOAN MODIFICATION AGREEMENT

Now comes the debtor(s), Dorothy Soucy and Creditor, Sovereign Bank, in the above-reference matter and propose a loan modification agreement regarding the debtor's property located at: 80 Mount View Drive, Cranston, Rhode Island, as follows:

| **Current Terms** | | **Proposed Modified Terms** | |
|---|---|---|---|
| Current UPB | $166,672.65 | Modified UPB | $187,569.20 |
| Current Maturity Date | 08/01/2035 | Modified Mortgage Term | 10/01/2051 |
| Current Interest Rate | 5.875% | Interest Rate | 2.000% for 1-5 years; 3.000% for year 6; 4.000% for year 7; 5.000% for year 8 and 5.875% for years 9-40. |
| Current Payment Due Date | 07/01/2009 | Post Modification Due Date | 11/01/2011 |
| Current P & I | $1,040.52 | Post Modification P & I | $568.01 |
| Current Payment Amount | $1,478.42 | Estimated Modified Payment Amount | $1,011.09 |
| Amount Capitalizing | $22,328.56 | Contribution Required | $1,011.09 |

| Signature of Debtor/Attorney | Signature of Creditor/Attorney |
|---|---|
| /s/ John B. Ennis<br>JOHN B. ENNIS, ESQ. #2135 | /s/ Catherine V. Eastwood<br>CATHERINE V. EASTWOOD, ESQ. |
| Date: November 2, 2011 | Date: November 2, 2011 |